**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gabriel S. Fontana d/b/a Fonatana Consulting<br>                              Debtor(s)<br>Pittsburg Property Maintenance LLC<br>                              Co-Debtor | BK. NO. 22-22293 CMB<br><br>CHAPTER 11 |
| THE HUNTINGTON NATIONAL BANK<br>                              Movant<br>                        v.<br>Gabriel S. Fontana d/b/a Fonatana Consulting<br>Pittsburg Property Maintenance LLC<br>                              Respondents | MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY<br>RULE 9013.4 SECTION 6(a) |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

 

        **/s/ Brian Nicholas**
        Brian Nicholas, Esquire
        bnicholas@kmllawgroup.com
        Attorney I.D. No. 317240
        KML Law Group, P.C.
        BNY Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        201-549-5366
        Attorney for Movant/Applicant

Date: April 24, 2023

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gabriel S. Fontana d/b/a Fonatana Consulting<br>                                            Debtor(s)<br>Pittsburg Property Maintenance LLC<br>                                            Co-Debtor | BK. NO. 22-22293 CMB |
| THE HUNTINGTON NATIONAL BANK<br>                                            Movant<br>                        v.<br>Gabriel S. Fontana d/b/a Fonatana Consulting<br>Pittsburg Property Maintenance LLC<br>                                            Respondents | CHAPTER 11<br><br>MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY<br>RULE 9013.4 SECTION 6 |

**MOTION OF THE HUNTINGTON NATIONAL BANK**
**FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER SECTION 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

THE HUNTINGTON NATIONAL BANK, its successors and/or assigns ("Movant"), filing this Motion for Relief from the Automatic Stay ("Motion"), and in support there of would respectfully show:

1. On 1/18/2022, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. Section 157 and 1334.

3. Movant is the owner and holder of a Vehicle Retail Installment Contract ("Agreement") signed by Co-Debtor on September 25, 2019. Movant is secured under the Agreement by a properly perfected first lien security interest in a 2019 Ford F250 Super Duty, VIN# 1FT7W2BT0KEF28014, ("Vehicle").

4. By virtue of the above, Movant is the holder of a secured claim against Debtor and Co-Debtor.

5. Debtor and Co-Debtor are/is in default under the terms of the Agreement by failing to provide proof of insurance.

6. The outstanding balance under the contract is $71,158.81.

7. The fair market value of the Collateral is $$65,450.00.

8. Movant alleges that the automatic stay should be lifted for cause pursuant to 11 U.S.C. Section 362 (d)(1) in that Movant lacks adequate protection of its interest in the Vehicle an evidenced by

      the following:

    (a)    Debtor and Co-Debtor defaulted under the terms of the Agreement by failing to provide proof of insurance:

    (b)    The Vehicle and the value of the Vehicle is in a state of decline and continues to decline: and

    (c)    Debtor and Co-Debtor is/are unable to show that the Vehicle is property insured.

9. Movant has had to retain counsel to represent it before this Court and is incurring attorneys fees and court costs for which it is entitled to reimbursement under the terms of the Agreement.

WHEREFORE, Movant respectfully prays that, upon final hearing of this Motion, (1) the automatic stay will be terminated as to Movant to permit Movant to seek its statutory and other available remedies (2) Movant be permitted to obtain possession of the Vehicle to the exclusion of Debtor(s):  (3) Movant be granted its attorneys fees and costs:  (4) Movant be granted such other and further relief, at law or in equity as its just.

Date: April 24, 2023

            **/s/ Brian Nicholas**
            Brian Nicholas, Esquire
            bnicholas@kmllawgroup.com
            Attorney I.D. No. 317240
            KML Law Group, P.C.
            BNY Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            201-549-5366
            Attorney for Movant/Applicant