**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gabriel S. Fontana d/b/a Fonatana Consulting<br>Debtor(s)<br>Pittsburg Property Maintenance LLC<br>Co-Debtor | BK. NO. 22-22293 CMB |
| THE HUNTINGTON NATIONAL BANK<br>Movant<br>v.<br>Gabriel S. Fontana d/b/a Fonatana Consulting<br>Pittsburg Property Maintenance LLC<br>Respondents | CHAPTER 11 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this ____ day of _____, 2023, at Pittsburgh, upon Motion of THE HUNTINGTON NATIONAL BANK, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2019 Ford F250 Super Duty, VIN# 1FT7W2BT0KEF28014, , in a commercially reasonable manner.

_____
United States Bankruptcy Judge

cc: See attached service list:

Gabriel S. Fontana d/b/a Fonatana Consulting
3160 Leechburg Road
Pittsburgh, PA 15239

Donald R. Calaiaro
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222
dcalaiaro@c-vlaw.com
 Joseph S. Sisca
Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburg, PA 15222
 joseph.s.sisca@usdoj.gov


KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532