# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gabriel S. Fontana d/b/a Fonatana Consulting<br>Debtor(s)<br>Pittsburg Property Maintenance LLC<br>Co-Debtor | BK. NO. 22-22293 CMB<br><br>CHAPTER 11 |
| THE HUNTINGTON NATIONAL BANK<br>Movant<br>v.<br>Gabriel S. Fontana d/b/a Fonatana Consulting<br>Pittsburg Property Maintenance LLC<br>Respondents | |

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This _____ day of _____, 2023, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362 (d) and 1301 with respect to vehicle, 2019 Ford F250 Super Duty, VIN# 1FT7W2BT0KEF28014, .

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

_____
United States Bankruptcy Judge

cc:   Brian Nicholas, Esquire
      bnicholas@kmllawgroup.com
      KML Law Group, P.C.
      BNY Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532