**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gabriel S. Fontana dba Fonatana Consulting<br>Debtor(s)<br><br>Pittsburg Property Maintenance LLC<br>Co-Debtor<br><br>THE HUNTINGTON NATIONAL BANK<br>Movant<br>vs.<br><br>Gabriel S. Fontana dba Fonatana Consulting<br>Debtor(s)<br><br>Pittsburg Property Maintenance LLC<br>Co-Debtor | BK NO. 22-22293 CMB<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE OF
MOTION FOR RELIEF FROM STAY**

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 24, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Gabriel S. Fontana dba Fonatana Consulting
3160 Leechburg Road
Pittsburgh, PA 15239

Co-Debtor
Pittsburg Property Maintenance LLC
3160 Leechburg Road
Pittsburgh, PA 15239

Attorney for Debtor(s)
Donald R. Calaiaro,
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222

US Trustee
Joseph S. Sisca, Suite 960, Liberty Center
1001 Liberty Avenue
Pittsburg, PA 15222

Method of Service: electronic means or first class mail
Dated: April 24, 2023

**/s/ Brian C. Nicholas Esquire**
Brian C. Nicholas Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com