IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GABRIEL S. FONTANA,<br><br>　　　　　　　Debtor, | Case No. 22-22293-CMB<br><br>Chapter 11<br><br>Related to Doc. No. 58 |

**SECOND STIPULATED ORDER EXTENDING THE DEADLINE TO OBJECT TO DISCHARGE AND/OR THE DISCHARGEABILITY OF DEBTS**

WHEREAS, Gabriel S. Fontana (the "Debtor") filed a voluntary Chapter 11 petition on November 18, 2022 (the "Petition Date").

WHEREAS, Penn Entertainment / Meadows Casino and Racetrack ("Meadows") is a creditor and party in interest in these proceedings.

WHEREAS, on January 4, 2023, the 341 Meeting of Creditors was held and adjourned by the United States Trustee.

WHEREAS, the deadline for any party to file an action objecting to discharge and/or the dischargeability of any debt is March 6, 2023 (the "Dischargeability Deadline").

WHEREAS, the parties hereto are currently discussing and engaging in discovery regarding the debt owed by the Debtor to Meadows.

WHEREAS, on March 23, 2023, the parties hereto executed that certain Stipulated Order to extend the Dischargeability Deadline as to Meadows through and including May 6, 2023 (the "First Stipulation"), and the Court entered an Order approving said First Stipulation on March 27, 2023.

WHEREAS, the parties hereto wish to further extend the Dischargeability Deadline in order to allow additional time for the parties to complete preliminary fact finding and potentially reach a resolution.

Therefore, on this __28th__ day of __April__, 2023, pursuant to the terms of the Stipulation of the parties endorsed hereon, it is hereby **ORDERED, ADJUDGED, and DECREED** that the deadline for Meadows to object to discharge and/or the dischargeability of debts is extended to July 5, 2023. This Order shall not prejudice the parties' rights to seek any additional extensions of the Dischargeability Deadline.

BY THE COURT:

Carlota M. Bohm  **dmr**
United States Bankruptcy Judge

FILED
4/28/23 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## **STIPULATION OF COUNSEL**

IT IS STIPULATED and agreed to that the time for objecting to discharge and/or the dischargeability of debts shall be extended as to Meadows to May 6, 2023.

IT IS FURTHER STIPULATED that this extension agreement shall not prejudice Meadows' right to seek any additional extensions of the deadline to object to discharge and/or dischargeability or debts or to take any other action in these proceedings.

**STIPULATED AND AGREED TO BY:**

Agreed to By:

By: /s/ *Mark A. Lindsay*
Mark A. Lindsay, Esq.
PA I.D. # 89487
mlindsay@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8121

*Counsel for Penn Entertainment / Meadows Casino and Racetracks*

By: /s/ *Donald R. Calaiaro*
Donald R. Calaiaro, Esq.
PA I.D. # 27538
dcalaiaro@c-vlaw.com
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222
(412) 232-0930

*Counsel for Gabriel S. Fontana*

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22293-CMB |
| Gabriel S. Fontana | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gabriel S. Fontana, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 30, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor THE HUNTINGTON NATIONAL BANK bnicholas@kmllawgroup.com |
| David W. Raphael | |
| | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Donald R. Calaiaro | |
| | on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Gary W. Darr | |
| | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
    on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com  jpatchan@fbtlaw.com

Jillian Nolan Snider
    on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com  jpatchan@fbtlaw.com

Jonathan R McCloskey
    on behalf of Defendant Pittsburgh Development Group  LLC jmccloskey@mdbbe.com

Joseph S. Sisca
    on behalf of U.S. Trustee Office of the United States Trustee joseph.s.sisca@usdoj.gov  David.A.Berry@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor John Deere Financial  F.S.B. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mark A. Lindsay
    on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@bernsteinlaw.com cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Sloane B. O'Donnell
    on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com  jpatchan@fbtlaw.com

Sloane B. O'Donnell
    on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com  jpatchan@fbtlaw.com

TOTAL: 17