# PROCEEDING MEMO

**Date:** 05/23/2023 02:30 pm

**In re:**  Gabriel S. Fontana

Bankruptcy No. 22-22293-CMB
Chapter: 11 (Not Small Business)
Doc. # 55

**Appearances:**  Denise Carlon, Donald R. Calaiaro

**Nature of Proceeding:** #55 Motion for Relief from the Automatic Stay filed by The Huntington National Bank

**Additional Pleadings:** #61 Response by Debtor

**OUTCOME:** Hearing held.  Motion Granted.  Order Entered.

Carlota Böhm
U.S. Bankruptcy Judge

FILED
5/24/23 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA