**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gabriel S. Fontana d/b/a Fonatana Consulting<br>Debtor(s)<br>Pittsburg Property Maintenance LLC<br>Co-Debtor | BK. NO. 22-22293 CMB |
| THE HUNTINGTON NATIONAL BANK<br>Movant<br>v.<br>Gabriel S. Fontana d/b/a Fonatana Consulting<br>Pittsburg Property Maintenance LLC<br>Respondents | CHAPTER 11<br>Related to Doc. No. 55 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 23 day of   May      , 2023, at Pittsburgh, upon Motion of THE HUNTINGTON NATIONAL BANK, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2019 Ford F250 Super Duty, VIN# 1FT7W2BT0KEF28014, , in a commercially reasonable manner.

_____
United States Bankruptcy Judge

FILED
5/24/23 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA