**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No**. 22-22293-CMB |
| Gabriel S. Fontana, | ) **Chapter** 11 |
|     **Debtor,** | ) |
| Gabriel S. Fontana, | ) **Related Document No. 66-67** |
|     **Movant,** | ) **Hearing Date:** 08/01/23 @ 10:00 a.m. |
|     **vs.** | ) **Response Due:** 07/10/23 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
SECOND MOTION FOR AN ORDER (I) EXTENDING ITS EXCLUSIVE PERIODS TO
FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN AND (II) EXTENDING
THE DEADLINE TO FILE A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT
- Document No. 66**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Second Motion for an Order (I) Extending Its Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement** filed on June 20, 2023, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Second Motion for an Order (I) Extending Its Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement** appears thereon. Pursuant to the Notice of Hearing, objections to the **Second Motion for an Order (I) Extending Its Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement** were to be filed and served no later than July 10, 2023.

It is hereby respectfully requested that the Order attached to the **Second Motion for an Order (I) Extending Its Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement** be entered by the Court.

Dated: July 11, 2023

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. #27538
dcalaiaro@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
(412) 232-0930**