**Date: 10/03/2023 02:30 pm**

**In re:    Gabriel S. Fontana**

**Bankruptcy No. 22-22293-CMB**
**Chapter: 11 (Not Small Business)**
**Doc. # 1**

**Appearances:  Donald R. Calaiaro**
           **Joseph S. Sisca**
           **Jillian Nolan Snider**
           **Jonathan McCloskey**

**Nature of Proceeding: #1 Continued Chapter 11 Status Conference**

**OUTCOME:  Status Conference held.  Chapter 11 Status conference continued to 3/19/2024 at 1:30 p.m.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
10/3/23 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 22-22293-CMB
Gabriel S. Fontana  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2
Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gabriel S. Fontana, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK bnicholas@kmllawgroup.com

Christos A. Katsaounis
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Donald R. Calaiaro
    on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com

kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Gary W. Darr
on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jillian Nolan Snider
on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jonathan R McCloskey
on behalf of Defendant Pittsburgh Development Group LLC jmccloskey@mdbbe.com

Joseph S. Sisca
on behalf of U.S. Trustee Office of the United States Trustee joseph.s.sisca@usdoj.gov  David.A.Berry@usdoj.gov

Keri P. Ebeck
on behalf of Creditor John Deere Financial F.S.B. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mark A. Lindsay
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@bernsteinlaw.com cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Sloane B. O'Donnell
on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

Sloane B. O'Donnell
on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

TOTAL: 18