**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 22-22293-CMB |
| Gabriel S. Fontana, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Gabriel S. Fontana, | ) |
| **Movant,** | ) |
| **v.** | ) |
| No Respondent. | ) **Document No.** 88 |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

**AND NOW**, this  8th  day of  November , 2023, upon consideration of the Debtor's *Third Motion for Order (I) Extending Its Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement*, after notice and an opportunity to be heard as deemed necessary and appropriate under the circumstances, it is hereby **ORDERED, ADJUDGED** and **DECREED**:

1. The Motion is **GRANTED**.

2. The deadline for the Debtor to file a Plan and Disclosure Statement is hereby extended one hundred and twenty (120) days up to and including February 15, 2024.

3. The exclusive period for which only the Debtor may file a Chapter 11 Plan pursuant to 11 U.S.C. § 1121 is hereby extended one hundred and twenty (120) days up to and including February 15, 2024.

4. The exclusive period for which only the Debtor may solicit acceptance and seek confirmation of a Chapter 11 Plan is hereby extended one hundred and twenty (120) days up to and including April 11, 2024.

It is **FURTHERED ORDERED** that this Order is without prejudice to the Debtor's right to request further extensions of time if necessary and appropriate.

By the Court:

*Carlota M. Böhm* dmr

Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
11/8/23 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22293-CMB |
| Gabriel S. Fontana | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 08, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

**Recip ID         Recipient Name and Address**
db            + Gabriel S. Fontana, 3160 Leechburg Road, Pittsburgh, PA 15239-1031

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 10, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

**Name              Email Address**

Brian Nicholas
                   on behalf of Creditor THE HUNTINGTON NATIONAL BANK bnicholas@kmllawgroup.com

Christos A. Katsaounis
                   on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

David W. Raphael
                   on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Donald R. Calaiaro
                   on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com
                   kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
                   ncalaiaro@c-vlaw.com

Donald R. Calaiaro
                   on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com

kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com; ncalaiaro@c-vlaw.com

Gary W. Darr
on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jillian Nolan Snider
on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jonathan R McCloskey
on behalf of Defendant Pittsburgh Development Group  LLC jmccloskey@mdbbe.com

Joseph S. Sisca
on behalf of U.S. Trustee Office of the United States Trustee joseph.s.sisca@usdoj.gov  David.A.Berry@usdoj.gov

Keri P. Ebeck
on behalf of Creditor John Deere Financial  F.S.B. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mark A. Lindsay
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@bernsteinlaw.com cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Sloane B. O'Donnell
on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

Sloane B. O'Donnell
on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

TOTAL: 18