IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | )   Bankruptcy No. 22-22293-CMB |
| Gabriel S. Fontana, | ) |
| | )   Chapter 11 |
| Debtor. | ) |
| | )   Related to Doc. No. 95 |
| | ) |

**ORDER OF COURT**

And now this 22nd day of November, 2023, pursuant to the terms of the Stipulation for Order Extending the Deadline to Object to Discharge and/or the Dischargeability of Debts of the parties endorsed hereon, it is hereby ORDERED, ADJUDGED, and DECREED that the deadline for JTS Capital 3 LLC to object to discharge and/or the dischargeability of debts is extended to March 1, 2024. This Order shall not prejudice the parties' rights to seek any additional extensions of the Dischargeability Deadline.

BY THE COURT:

FILED
11/22/23 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_   **dmr**
Carlota M. Bohm
United States Bankruptcy Judge

0145987.0751184  4889-7290-0242v1

3

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gabriel S. Fontana  
    Debtor

Case No. 22-22293-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Nov 22, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gabriel S. Fontana, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE HUNTINGTON NATIONAL BANK bnicholas@kmllawgroup.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Donald R. Calaiaro | on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;ncalaiaro@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com |

Case 22-22293-CMB    Doc 97    Filed 11/24/23    Entered 11/25/23 00:28:28    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com; ncalaiaro@c-vlaw.com

Gary W. Darr

on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt

on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider

on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jillian Nolan Snider

on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jonathan R McCloskey

on behalf of Defendant Pittsburgh Development Group  LLC jmccloskey@mdbbe.com

Joseph S. Sisca

on behalf of U.S. Trustee Office of the United States Trustee joseph.s.sisca@usdoj.gov  David.A.Berry@usdoj.gov

Keri P. Ebeck

on behalf of Creditor John Deere Financial  F.S.B. kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck

on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mark A. Lindsay

on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@bernsteinlaw.com
cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Sloane B. O'Donnell

on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

Sloane B. O'Donnell

on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

TOTAL: 18