UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/26/24 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:

WITHDRAWAL OF APPEARANCE OF JOSEPH S. SISCA IN VARIOUS OPEN CASES

MISCELLANEOUS NO. 24-203 GLT

## ORDER OF COURT

AND NOW, this 26th day of January 2024, upon consideration of the Omnibus Motion to Withdraw the Appearance of Joseph S. Sisca, it is hereby ORDERED that the Motion is granted, and Joseph S. Sisca is granted leave to withdraw his appearance as counsel of record in in the list of cases attached to the Motion as Exhibit "A".

BY THE COURT:

GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT