# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Gabriel S. Fontana                                                         Case No. 22-22293 CMB

                                                                                              Chapter 11

Debtor

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Kate M. Bradley on behalf of the United States Trustee in the above captioned matter.

                                            Respectfully Submitted,

                                            ANDREW R. VARA
                                            UNITED STATES TRUSTEE
                                            Regions 3 and 9

By:    /s/ *Kate M. Bradley*
           Kate M. Bradley, Trial Attorney
           Ohio Bar ID 0074206
           William S. Moorhead Federal Building
           1000 Liberty Avenue, Suite 1316
           Pittsburgh, Pennsylvania 15222
           (412) 644-4756
           Kate.M.Bradley@usdoj.gov