# PROCEEDING MEMO

**Date: 04/11/2024 01:30 pm**

**In re:   Gabriel S. Fontana**

       **Bankruptcy No. 22-22293-CMB**
       **Chapter: 11 (Not Small Business)**
       **Doc. #105**

**Appearances:**  Donald R. Calaiaro, Andrew Pratt, Kate M. Bradley, Jillian Nolan Snider, Jonathan McCloskey

**Nature of Proceeding:** #105 Motion of the United States Trustee to Dismiss or Convert Debtor's Chapter 11 Case Pursuant to 11 U.S.C. §1112(b)

**OUTCOME:** Hearing held. Debtor agrees to conversion of the case to chapter 7. Motion granted. Order entered.

       **Carlota Böhm**
       **U.S. Bankruptcy Judge**

FILED
4/12/24 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA