**PROCEEDING MEMO**

**Date: 04/11/2024 01:30 pm**

**In re:   Gabriel S. Fontana**

**Bankruptcy No. 22-22293-CMB**
**Chapter: 11 (Not Small Business)**
**Doc. #1**

**Appearances:  Andrew Pratt, Kate M. Bradley, Will Buchanon**

**Nature of Proceeding: #1 Continued Chapter 11 Status Conference**

**OUTCOME: Status conference held. Case is converted to Chapter 7. Status Conference concluded.**

FILED
4/12/24 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**