2100 B (12/15)

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA
Case No. 22-22293-CMB
Chapter 11

In re: Debtor(s) (including Name and Address)

Gabriel S. Fontana
3160 Leechburg Road
Pittsburgh PA 15239

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/11/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 17: JTS Capital 3 LLC, c/o Jillian Nolan Snider, Esquire, Frost Brown Todd LLC, Union Trust Buildi, 501 Grant Street, Suite 800, Pittsburgh, PA 15219 | National Loan Investors, L.P. c/o Charles N. Shurr, Jr., Esquire Kozloff Stoudt 2640 Westview Drive Wyomissing, PA 19610 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/13/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 22-22293-CMB

Gabriel S. Fontana                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                          Page 1 of 2
Date Rcvd: Apr 11, 2024                 Form ID: trc                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

**Recip ID                     Recipient Name and Address**
15547517              +   JTS Capital 3 LLC, c/o Jillian Nolan Snider, Esquire, Frost Brown Todd LLC, Union Trust Buildi, 501 Grant Street, Suite 800, Pittsburgh,
                PA 15219-4438

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:**

**Name**                       **Email Address**

Andrew Kevin Pratt
           on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com
           kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outloo
           k.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Charles N. Shurr, Jr.
           on behalf of Creditor National Loan Investors  L.P. cshurr@kozloffstoudt.com,
           dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com

Christos A. Katsaounis
           on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us,
           RA-occbankruptcy6@state.pa.us

David W. Raphael
           on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon

on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Donald R. Calaiaro
    on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;
ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
    on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jillian Nolan Snider
    on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jonathan R McCloskey
    on behalf of Defendant Pittsburgh Development Group  LLC jmccloskey@mdbbe.com

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor John Deere Financial  F.S.B. kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mark A. Lindsay
    on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@bernsteinlaw.com
cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Sloane B. O'Donnell
    on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

Sloane B. O'Donnell
    on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com


TOTAL: 20