| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Gabriel S. Fontana<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–6729 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 11   11/18/22 |
| Case number: | 22–22293–CMB | Date case converted to chapter: | 7   4/15/24 |

Official Form 309B (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Gabriel S. Fontana | |
| 2. | **All other names used in the last 8 years** | dba Fonatana Consulting | |
| 3. | **Address** | 3160 Leechburg Road<br>Pittsburgh, PA 15239 | |
| 4. | **Debtor's attorney**<br>Name and address | Donald R. Calaiaro<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222–3708 | Contact phone 412–232–0930<br><br>Email: dcalaiaro@c–vlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page 1

Debtor **Gabriel S. Fontana** — Case number **22–22293–CMB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 4/15/24 |
| **7. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 20, 2024 at 03:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 714 725 9189, and Passcode 1961058710, call 1–828–998–0367** <br><br> For additional information, go to: <br> https://www.justice.gov/ust/moc |
| **8.    Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/19/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/24/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/17/23** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22293-CMB |
| Gabriel S. Fontana | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Apr 15, 2024 | Form ID: 309B | Total Noticed: 93 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gabriel S. Fontana, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| aty | + | Andrew Kevin Pratt, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| aty | + | Charles N. Shurr, Jr., Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| aty | | Christos A. Katsaounis, Office of Chief Counsel, Comm. of PA, Department of Revenue, P.O. 281061, Harrisburg, PA 17128-1061 |
| aty | + | David W. Raphael, First National Bank, 100 Federal Street - 4th Floor, Pittsburgh, PA 15212-5711 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | | Gary W. Darr, McGrath McCall, 444 Liberty Avenue, Four Gateway Center, Suite 1340 Pittsburgh, PA 15222 |
| aty | + | Jillian Nolan Snider, Frost Brown Todd, LLC, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| aty | + | Kate Bradley, U.S. Trustee Program/Dept. of Justice, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| aty | + | Mark A. Lindsay, Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1908 |
| aty | + | Sloane B. O'Donnell, c/o Frost Brown Todd LLC, Union Trust Building, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| ust | + | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 15547489 | + | Apple/Barclay, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15699803 | + | Boardwalk Regency Corporation dba Caesar Atlantic, c/o McDonald Carano LLP, Ryan J. Works, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395 |
| 15547492 | | Bose, The Mountain, Framingham, MA 01701 |
| 15547513 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, P.O. Box 182676, Columbus, OH 43218 |
| 15547493 | + | Carl Stone, 415 Smithfield Street, Pittsburgh, PA 15222-2245 |
| 15547494 | + | Ceasers/Harrahs/Atlantic City, 2100 Pacific Ave., Atlantic City, NJ 08401-6612 |
| 15547499 | + | Dan Asti and Jennifer Asti, c/o John McClosky, Esquire, US Steel Tower, Suite 4850, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 15557007 | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15547502 | | First Commonwealth LOC, 600 Philadelphia St., Alverda, PA 15710 |
| 15547508 | + | Goldberg, Kamin & Garvin, LLP, 1806 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 15547510 | + | Gunton Corporation, 230 Thorn Hill Road, Warrendale, PA 15086-5501 |
| 15699804 | + | Harrah's Atlantic City Operating Company, LLC, c/o McDonald Carano LLP, Ryan J. Works, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395 |
| 15587985 | + | Highway Equipment Company, Hynum Law, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 15547511 | + | Higway Equipment Company, 22035 Perry Hwy, Zelienople, PA 16063-8707 |
| 15547512 | + | Holdings Acquisition Compny L.P., 777 Casino Drive, Pittsburgh, PA 15212-5840 |
| 15547517 | + | JTS Capital 3 LLC, c/o Jillian Nolan Snider, Esquire, Frost Brown Todd LLC, Union Trust Buildi, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| 15547516 | + | Jordan S. Blask, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15587770 | + | Meadows Casino & Racetrack, 210 Racetrack Road, Washington, PA 15301-8966 |
| 15547519 | + | Michael A. Hynum, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 15705163 | + | National Loan Investors, L.P., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 15547521 | + | Nieman Marcus, 1618 Main St, Dallas, TX 75201-4748 |
| 15547524 | + | Peloton, 1000 Ross Park Mall Dr., Suite A05, Pittsburgh, PA 15237-3869 |
| 15547525 | + | Phillip Scott, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547527 | + | Pittsburgh Property Maintenance, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547530 | | Polaris/Sheffield Finance, 150 Dallas Stratford Road, Winston Salem, NC 27104 |
| 15547531 | + | Pool City, 4700 McKnight Road, Pittsburgh, PA 15237-3473 |
| 15547533 | + | Raymond P. Wendolowski, Jr., Bernstein & Burkley, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15547534 | | Restoration Hardware, 15 Touch Road, Corte Madera, CA 94925 |

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: 309B | Total Noticed: 93 |

| | | |
|---|---|---|
| 15547536 | + | Rivers Casino, 777 Casino Drive, Pittsburgh, PA 15212-5840 |
| 15547634 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15547538 | + | TRD John Deere Financial, 8402 Excelsior Drive, Madison, WI 53717-1909 |
| 15547539 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15547542 | + | Wholesale Builders, 200 1st AVe., Carnegie, PA 15106-2502 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | Apr 15 2024 23:51:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | | Email/Text: dcalaiaro@c-vlaw.com | Apr 15 2024 23:50:00 | Donald R. Calaiaro, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| aty | + | Email/Text: ebnjts@grblaw.com | Apr 15 2024 23:50:00 | Jeffrey R. Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| tr | + | EDI: BRCCRAWFORD.COM | Apr 16 2024 03:37:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Apr 16 2024 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 16 2024 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2024 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 15 2024 23:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: PRA.COM | Apr 16 2024 03:37:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 15 2024 23:50:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15547486 | + | EDI: SYNC | Apr 16 2024 03:37:00 | 84 Lumber Company L.P., P.O. Box 365, Eighty Four, PA 15330-0365 |
| 15547487 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 16 2024 00:01:57 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15547488 | + | EDI: GMACFS.COM | Apr 16 2024 03:37:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15547490 | | Email/Text: bankruptcy@bbandt.com | Apr 15 2024 23:51:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 15547491 | | EDI: CITICORP | Apr 16 2024 03:37:00 | Best Buy Credit Services, P.O.Box 183195, Columbus, OH 43218-3195 |
| 15547497 | + | EDI: CITICORP | Apr 16 2024 03:37:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15547496 | + | EDI: CITICORP | Apr 16 2024 03:37:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 22-22293-CMB    Doc 135    Filed 04/17/24    Entered 04/18/24 00:28:19    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: 309B | Total Noticed: 93 |

| | | | | |
|---|---|---|---|---|
| 15547495 | + | Email/Text: bknotice@raslavrar.com | Apr 15 2024 23:51:00 | Citibank, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15547498 | + | EDI: CITICORP | Apr 16 2024 03:37:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15587603 | | Email/Text: litbkcourtmail@johndeere.com | Apr 15 2024 23:50:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 15547500 | + | EDI: DISCOVER | Apr 16 2024 03:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15547501 | + | Email/Text: SAABankruptcy@fcbanking.com | Apr 15 2024 23:51:00 | First Commonwealth Bank, Attn: Legal Department, 600 Philadelphia St, Indiana, PA 15701-3904 |
| 15547504 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 15 2024 23:50:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15547503 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 15 2024 23:50:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15547506 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 15 2024 23:50:00 | First National Bank of PA, 1 FNB Blvd., Hermitage, PA 16148-3363 |
| 15552918 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 15 2024 23:50:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15547507 | + | Email/Text: EBNBKNOT@ford.com | Apr 15 2024 23:52:00 | Ford Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15547509 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 15 2024 23:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15547514 | + | Email/Text: bankruptcy@huntington.com | Apr 15 2024 23:52:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15547515 | + | EDI: IRS.COM | Apr 16 2024 03:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15564488 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 00:01:52 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15547518 | + | EDI: SYNC | Apr 16 2024 03:37:00 | Lowes, P,O, Box 530914, Atlanta, GA 30353-0914 |
| 15554197 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2024 23:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15547520 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2024 23:52:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15547522 | + | Email/Text: bnc@nordstrom.com | Apr 15 2024 23:51:38 | Nordstrom, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 15547523 | + | Email/Text: bnc@nordstrom.com | Apr 15 2024 23:51:14 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15566196 | + | EDI: PENNDEPTREV | Apr 16 2024 03:37:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15566196 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2024 23:51:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15547532 | | EDI: PRA.COM | Apr 16 2024 03:37:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15556984 | | EDI: PRA.COM | Apr 16 2024 03:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15564154 | + | Email/Text: ebnpwsa@grblaw.com | Apr 15 2024 23:50:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Pl, |

Case 22-22293-CMB   Doc 135   Filed 04/17/24   Entered 04/18/24 00:28:19   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: 309B | Total Noticed: 93 |

| Recip ID | | Bypass/Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | St. 3110, Pittsburgh, PA 15219-1753 |
| 15547535 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 00:01:38 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15551256 | | Email/Text: bankruptcy@bbandt.com | Apr 15 2024 23:51:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15588169 | | EDI: AIS.COM | Apr 16 2024 03:38:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15560524 | + | Email/Text: bankruptcy@huntington.com | Apr 15 2024 23:52:00 | The Huntington National Bank, PO Box 89424, OPC 856, Cleveland, OH 44101-6424 |
| 15564604 | | Email/Text: BNCnotices@dcmservices.com | Apr 15 2024 23:51:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15564603 | | Email/Text: BNCnotices@dcmservices.com | Apr 15 2024 23:51:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15554222 | | EDI: WFFC2 | Apr 16 2024 03:37:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15547540 | + | EDI: WFFC2 | Apr 16 2024 03:37:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15547541 | + | EDI: WFFC2 | Apr 16 2024 03:37:00 | Wf/tempur-pedic, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | JTS Capital 3 LLC |
| cr | | John Deere Financial, F.S.B. |
| cr | | Penn Entertainment / Meadows Casino and Racetrack |
| cr | | THE HUNTINGTON NATIONAL BANK |
| 15547537 | | Sleep Number, 1001 3rd Ave. South, Minneapolis |
| cr | *+ | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | National Loan Investors, L.P., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 15547505 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15547528 | *+ | Pittsburgh Property Maintenance LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547529 | *+ | Pittsburgh Property Maintenance, LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547526 | ##+ | Pittsburgh Development Group, LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |

TOTAL: 6 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2024         Signature:      /s/Gustava Winters

Case 22-22293-CMB   Doc 135   Filed 04/17/24   Entered 04/18/24 00:28:19   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Apr 15, 2024 | Form ID: 309B | Total Noticed: 93 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;eballa@c-vlaw.com;mlocke@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Charles N. Shurr, Jr. | on behalf of Creditor National Loan Investors L.P. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Donald R. Calaiaro | on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com;ncalaiaro@c-vlaw.com;pgualtieri@c-vlaw.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Jillian Nolan Snider | on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com |
| Jillian Nolan Snider | on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com |
| Jonathan R McCloskey | on behalf of Defendant Pittsburgh Development Group LLC jmccloskey@mdbbe.com |
| Kate Bradley | on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor John Deere Financial F.S.B. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mark A. Lindsay | on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@bernsteinlaw.com cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Sloane B. O'Donnell | on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com |
| Sloane B. O'Donnell | on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com |

District/off: 0315-2 User: auto Page 6 of 6
Date Rcvd: Apr 15, 2024 Form ID: 309B Total Noticed: 93
TOTAL: 21