**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: IN RE:** | ) **Case No**. 22-22293-CMB |
| Gabriel S. Fontana, | ) |
| **Debtor,** | ) **Chapter** 11 |
| **Debtor,** | ) |
| Calaiaro Valencik, | ) **Related Document No.**142-143 |
| **Movant,** | ) **Hearing Date:** 07/09/24 @ 1:30 p.m. |
| **vs.** | ) **Response Due:** 06/17/24 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**CHAPTER 11 FEE PETITION IN CONVERTED CASE**
**- Document No. 142**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Chapter 11 Fee Petition in Converted Case** filed on May 30, 2024, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Chapter 11 Fee Petition in Converted Case** appears thereon. Pursuant to the Notice of Hearing, objections to the **Chapter 11 Fee Petition in Converted Case** were to be filed and served no later than June 17, 2024.

It is hereby respectfully requested that the Order attached to the **Chapter 11 Fee Petition in Converted Case** be entered by the Court.

Dated: June 20, 2024

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**