**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Case No. 22-22293-CMB |
| Gabriel S. Fontana, | ) |
| **Debtor,** | ) Chapter 11 |
| Debtor, | ) |
| Calaiaro Valencik, | ) Hearing Date: 07/09/24 @ 1:30 p.m. |
| **Movant,** | ) Response Due: 06/17/24 |
| **vs.** | ) |
| No Respondent. | ) Document No. 142 |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

**AND NOW,** this  21st  day of  June  , 2024, upon consideration of the foregoing Chapter 11 Fee Petition in Converted Case filed on behalf of the attorney for Debtor, it is hereby **ORDERED** that fees and expenses of Donald R. Calaiaro and Calaiaro Valencik be approved for their services rendered and incurred from November 18, 2022, through April 12, 2024, in the total amount of $40,868.15 consisting of $39,733.50 in fees and $1,134.65 in expenses.

Counsel for the Debtor may apply the $921.43 retainer to the approved fees.

It is further **ORDERED** that after Counsel for the Debtor applies the $921.43 retainer, Counsel for the Debtor shall be paid the remaining balance of $39,946.72.

By the Court,

*Carlota M. Böhm*  dmr
**Honorable Carlota M. Böhm
United States Bankruptcy Judge**

FILED
6/21/24 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gabriel S. Fontana  
    Debtor

Case No. 22-22293-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jun 21, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gabriel S. Fontana, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

Andrew Kevin Pratt  
     on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com  
     kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Charles N. Shurr, Jr.  
     on behalf of Defendant Pittsburgh Development Group  LLC cshurr@kozloffstoudt.com,  
     dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com

Charles N. Shurr, Jr.  
     on behalf of Plaintiff JTS Capital 3 LLC cshurr@kozloffstoudt.com  
     dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com

Charles N. Shurr, Jr.  
     on behalf of Plaintiff National Loan Investors  L.P. cshurr@kozloffstoudt.com,  
     dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com

Charles N. Shurr, Jr.  
     on behalf of Creditor National Loan Investors  L.P. cshurr@kozloffstoudt.com,

dgabala@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com

Christos A. Katsaounis
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

David W. Raphael
on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com

Donald R. Calaiaro
on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Donald R. Calaiaro
on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Gary W. Darr
on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com

Jillian Nolan Snider
on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com

Jonathan R McCloskey
on behalf of Defendant Pittsburgh Development Group LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
on behalf of Plaintiff JTS Capital 3 LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
on behalf of Plaintiff National Loan Investors L.P. jmccloskey@mdbbe.com

Kate Bradley
on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor John Deere Financial F.S.B. kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mark A. Lindsay
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@whitefordlaw.com
cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Michael M. Monsour
on behalf of Defendant Pittsburgh Development Group LLC mmonsour@kozloffstoudt.com

Michael M. Monsour
on behalf of Plaintiff National Loan Investors L.P. mmonsour@kozloffstoudt.com

Michael M. Monsour
on behalf of Plaintiff JTS Capital 3 LLC mmonsour@kozloffstoudt.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
crawfordmcdonald@aol.com PA68@ecfcbis.com

Sloane B. O'Donnell
on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com

Sloane B. O'Donnell
on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com

TOTAL: 29