IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-22293-CMB |
|    Gabriel S. Fontana | : | Chapter 7 |
|         Debtor | : | |
| | : | |
| Gabriel S. Fontana | : | |
| | : | Document No. |
|         Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| | : | |
|         No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

   Debtor Name:    Gabriel S. Fontana

   Incorrect Address: 3160 Leechburg Road, Pittsburgh, PA 15239


Corrected Address:

   Debtor Name: Gabriel S. Fontana

   Correct Address: 320 Fort Duquesne Blvd., Suite 275, Pittsburgh, PA 15222


Dated June 25, 2024                                /s/ Donald R. Calaiaro, Esquire

                                                                                           Donald R. Calaiaro, Esquire
                                                                            Calaiaro Valenciik
                                                                            938 Penn Ave., Suite, 501
                                                                            Pittsburgh, PA 15222
                                                                            412-232-0930
                                                                             PA I.D. #27538