**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    In re:<br>Gabriel S. Fontana dba Fonatana Consulting<br>         Debtors<br><br>The Huntington National Bank,<br>         Movant<br><br>vs.<br><br>Gabriel S. Fontana dba Fonatana Consulting, and<br>         Rosemary C. Crawford, Trustee, Trustee<br>         Respondents | Chapter 7<br><br>Case No.  22-22293-CMB |

**PRAECIPE TO WITHDRAW MOTION**

 Please withdraw the motion to extend time to oppose dischargeability filed at docket number 150. The motion will be refiled with corrections.

                Respectfully submitted,

Dated: July 19, 2024      /s/ Marisa M. Cohen, Esquire
                MARISA MYERS COHEN, ESQUIRE ID # 87830
                ANDREW M. LUBIN, ESQUIRE ID # 54297
                Attorney for The Huntington National Bank
                1420 Walnut Street, Suite 1501
                Philadelphia, PA 19102
                Telephone: (215) 790-1010
                Facsimile: (215) 790-1274
                Email: ecfmail@mwc-law.com