**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   In re:<br>Gabriel S. Fontana dba Fonatana Consulting<br>      Debtors<br><br>The Huntington National Bank,<br>      Movant<br><br>vs.<br><br>Gabriel S. Fontana dba Fonatana Consulting, and<br>      Rosemary C. Crawford, Trustee, Trustee<br>      Respondents | Chapter 7<br><br>Case No.  22-22293-CMB |

**MOTION FOR EXTENSION OF DEADLINE TO OPPOSE DISCHARGEABILITY**

    **AND NOW** comes The Huntington National Bank (the "Movant") by and through their attorney, Andrew M. Lubin, Esquire and McCabe, Weisberg & Conway, LLC files the within Motion for Extension of Deadline to Oppose Dischargebility and in support of aver as follow:

1. The Debtor, Gabriel S. Fontana dba Fonatana Consulting (the "Debtor"), is an adult individual who is in possession of a 2019 Ford F250 bearing VIN No. 1FT7W2BT0KEF28014.

2. Debtor filed a voluntary Chapter 11 petition on November 18, 2022 (the "Petition Date") which was voluntarily converted to a Chapter 7 Petition on April 15, 2024.

3. The Huntington National Bank is a creditor and a party of interest in these proceedings.

4. Movant requests an extension of the deadline to object to discharge and/or dischargeability of debts or to take any other action in these proceedings to September 15, 2024.

    WHEREFORE, the Movant respectfully requests that this Honorable Court grant the instant Motion to Extend the Deadline to Oppose Dischargeability and for such other relief as the Court deems necessary and appropriate.

    Respectfully submitted,

Dated: July 19, 2024

/s/ Marisa M. Cohen, Esquire
MARISA MYERS COHEN, ESQUIRE ID # 87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for The Huntington National Bank
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Gabriel S. Fontana dba Fonatana Consulting<br><br>                        Debtor<br><br>The Huntington National Bank, or its Successor or Assignee<br><br>                        Movant<br><br>                vs.<br><br>Rosemary C. Crawford<br>Gabriel S. Fontana dba Fonatana Consulting<br>                        Respondent | Chapter 7<br><br>Bankruptcy No. 22-22293-CMB<br><br>Related to Document Nos. |

**ORDER OF COURT**

And now this _____ day of _____, 2024, pursuant to the Motion to Extend the Deadline to Oppose Dischargeability, it is hereby ORDERED, ADJUDGED, and DECREED that the deadline for Huntington to object to discharge and/or the Dischargeability of debts is extended to September 15, 2024.  This Order shall not prejudice the parties' right to seek any additional extensions of the Dischargeability Deadline.

BY THE COURT:

_____

Carlota M. Bohm
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    In re:<br>Gabriel S. Fontana dba Fonatana Consulting<br>       Debtors<br><br>The Huntington National Bank,<br>       Movant<br><br>vs.<br><br>Gabriel S. Fontana dba Fonatana Consulting, and<br>       Rosemary C. Crawford, Trustee, Trustee<br>       Respondents | Chapter 7<br><br>Case No.  22-22293-CMB |

**CERTIFICATION OF SERVICE OF MOTION FOR EXTENSION OF DEADLINE TO OPPOSE DISCHARGEABILITY**

I, Andrew M. Lubin, attorney for The Huntington National Bank, hereby certify that I served a true and correct copy of the foregoing Motion for Extension of Deadline to Oppose Dischargeability, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: July 19, 2024

| | | |
|---|---|---|
| Gabriel S. Fontana dba Fonatana Consulting<br>3160 Leechburg Road<br>Pittsburgh, PA 15239 | Donald R. Calaiaro<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222-3708 | Rosemary C. Crawford<br>Crawford, McDonald, LLC<br>P.O. Box 355<br>Allison Park, PA 15101 |
| | Andrew Kevin Pratt<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222 | U.S. Trustee<br>Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1315<br>Pittsburgh, PA 15222 |

/s/ Marisa M. Cohen, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
CHELSEA NIXON, ESQUIRE ID # 324130
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for The Huntington National Bank
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com