Form RSC

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−22293−CMB**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Gabriel S. Fontana
   dba Fonatana Consulting
   320 Fort Duquesne Blvd.
   Suite 275
   Pittsburgh, PA 15222

Social Security No.:
   xxx−xx−6729

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Donald R. Calaiaro
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222−3708
Telephone number:  412−232−0930

NAME/ADDRESS OF TRUSTEE
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Telephone number:  724−443−4757

DATE/TIME/LOCATION OF MEETING OF CREDITORS
August 19, 2024
03:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 714 725 9189, and Passcode 1961058710, call 1−828−998−0367

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 7/24/24

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22293-CMB |
| Gabriel S. Fontana | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Jul 24, 2024 | Form ID: rsc | Total Noticed: 80 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gabriel S. Fontana, 320 Fort Duquesne Blvd., Suite 275, Pittsburgh, PA 15222-1144 |
| 15547489 | + | Apple/Barclay, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15699803 | + | Boardwalk Regency Corporation dba Caesar Atlantic, c/o McDonald Carano LLP, Ryan J. Works, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395 |
| 15547492 | | Bose, The Mountain, Framingham, MA 01701 |
| 15547513 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, P.O. Box 182676, Columbus, OH 43218 |
| 15547493 | + | Carl Stone, 415 Smithfield Street, Pittsburgh, PA 15222-2245 |
| 15547494 | + | Ceasers/Harrahs/Atlantic City, 2100 Pacific Ave., Atlantic City, NJ 08401-6612 |
| 15547499 | + | Dan Asti and Jennifer Asti, c/o John McClosky, Esquire, US Steel Tower, Suite 4850, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 15557007 | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15547502 | | First Commonwealth LOC, 600 Philadelphia St., Alverda, PA 15710 |
| 15547508 | + | Goldberg, Kamin & Garvin, LLP, 1806 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 15547510 | + | Gunton Corporation, 230 Thorn Hill Road, Warrendale, PA 15086-5501 |
| 15699804 | + | Harrah's Atlantic City Operating Company, LLC, c/o McDonald Carano LLP, Ryan J. Works, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395 |
| 15715068 | + | Highway Equipment Company, 22035 Perry Highway, Zelienople, PA 16063-8707 |
| 15587985 | + | Highway Equipment Company, Hynum Law, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 15547511 | + | Higway Equipment Company, 22035 Perry Hwy, Zelienople, PA 16063-8707 |
| 15547512 | + | Holdings Acquisition Compny L.P., 777 Casino Drive, Pittsburgh, PA 15212-5840 |
| 15547517 | + | JTS Capital 3 LLC, c/o Jillian Nolan Snider, Esquire, Frost Brown Todd LLC, Union Trust Buildi, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| 15547516 | + | Jordan S. Blask, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 15587770 | + | Meadows Casino & Racetrack, 210 Racetrack Road, Washington, PA 15301-8966 |
| 15547519 | + | Michael A. Hynum, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 15705163 | + | National Loan Investors, L.P., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 15547521 | + | Nieman Marcus, 1618 Main St, Dallas, TX 75201-4748 |
| 15547524 | + | Peloton, 1000 Ross Park Mall Dr., Suite A05, Pittsburgh, PA 15237-3869 |
| 15547525 | + | Phillip Scott, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547527 | + | Pittsburgh Property Maintenance, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547530 | | Polaris/Sheffield Finance, 150 Dallas Stratford Road, Winston Salem, NC 27104 |
| 15547531 | + | Pool City, 4700 McKnight Road, Pittsburgh, PA 15237-3473 |
| 15547533 | + | Raymond P. Wendolowski, Jr., Bernstein & Burkley, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15547534 | | Restoration Hardware, 15 Touch Road, Corte Madera, CA 94925 |
| 15547536 | + | Rivers Casino, 777 Casino Drive, Pittsburgh, PA 15212-5840 |
| 15547538 | + | TRD John Deere Financial, 8402 Excelsior Drive, Madison, WI 53717-1909 |
| 15547539 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15547542 | + | Wholesale Builders, 200 1st AVe., Carnegie, PA 15106-2502 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: rsc | Total Noticed: 80 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 00:17:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: jdryer@bernsteinlaw.com | Jul 25 2024 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2024 00:46:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpwsa@grblaw.com | Jul 25 2024 00:16:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15547486 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 00:44:34 | 84 Lumber Company L.P., P.O. Box 365, Eighty Four, PA 15330-0365 |
| 15547487 | + Email/PDF: AffirmBKNotifications@resurgent.com | Jul 25 2024 00:45:22 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15706832 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 00:44:34 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15547488 | + Email/Text: ally@ebn.phinsolutions.com | Jul 25 2024 00:16:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15547490 | Email/Text: bankruptcy@bbandt.com | Jul 25 2024 00:16:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 15547491 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 00:45:22 | Best Buy Credit Services, P.O.Box 183195, Columbus, OH 43218-3195 |
| 15547497 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 00:46:33 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15547496 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 01:21:55 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15547495 | + Email/Text: bknotice@raslavrar.com | Jul 25 2024 00:16:00 | Citibank, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15547498 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 01:20:17 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15587603 | Email/Text: litbkcourtmail@johndeere.com | Jul 25 2024 00:16:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 15547500 | + Email/Text: mrdiscen@discover.com | Jul 25 2024 00:16:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15547501 | + Email/Text: SAABankruptcy@fcbanking.com | Jul 25 2024 00:16:00 | First Commonwealth Bank, Attn: Legal Department, 600 Philadelphia St, Indiana, PA 15701-3904 |
| 15547504 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 25 2024 00:16:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15547503 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 25 2024 00:16:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15547506 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 25 2024 00:16:00 | First National Bank of PA, 1 FNB Blvd., Hermitage, PA 16148-3363 |
| 15552918 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 25 2024 00:16:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15547507 | + Email/Text: EBNBKNOT@ford.com | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 25 2024 00:17:00 | Ford Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15547509 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com Jul 25 2024 00:16:00 | | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15547514 | + | Email/Text: bankruptcy@huntington.com Jul 25 2024 00:17:00 | | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15547515 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Jul 25 2024 00:16:00 | | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15564488 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 25 2024 00:45:23 | | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15547518 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 25 2024 00:46:26 | | Lowes, P,O, Box 530914, Atlanta, GA 30353-0914 |
| 15554197 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 25 2024 00:17:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15547520 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 25 2024 00:17:00 | | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15547522 | + | Email/Text: bnc@nordstrom.com Jul 25 2024 00:16:01 | | Nordstrom, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 15547523 | + | Email/Text: bnc@nordstrom.com Jul 25 2024 00:16:16 | | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15566196 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2024 00:17:00 | | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15547532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2024 00:46:40 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15556984 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2024 01:44:48 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15564154 | + | Email/Text: ebnpwsa@grblaw.com Jul 25 2024 00:16:00 | | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Pl, St. 3110, Pittsburgh, PA 15219-1753 |
| 15547535 | + | Email/PDF: resurgentbknotifications@resurgent.com Jul 25 2024 01:22:15 | | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15551256 | | Email/Text: bankruptcy@bbandt.com Jul 25 2024 00:16:00 | | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15588169 | | Email/PDF: ebn_ais@aisinfo.com Jul 25 2024 00:46:44 | | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15547634 | ^ | MEBN Jul 24 2024 23:47:44 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15560524 | + | Email/Text: bankruptcy@huntington.com Jul 25 2024 00:17:00 | | The Huntington National Bank, PO Box 89424, OPC 856, Cleveland, OH 44101-6424 |
| 15564604 | | Email/Text: BNCnotices@dcmservices.com Jul 25 2024 00:16:00 | | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15564603 | | Email/Text: BNCnotices@dcmservices.com Jul 25 2024 00:16:00 | | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15554222 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jul 25 2024 00:44:34 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15547540 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jul 25 2024 01:22:03 | | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15547541 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jul 25 2024 00:46:38 | | Wf/tempur-pedic, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | JTS Capital 3 LLC |
| cr | | John Deere Financial, F.S.B. |
| cr | | Penn Entertainment / Meadows Casino and Racetrack |
| cr | | THE HUNTINGTON NATIONAL BANK |
| 15547537 | | Sleep Number, 1001 3rd Ave. South, Minneapolis |
| cr | *+ | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | National Loan Investors, L.P., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 15547505 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15547528 | *+ | Pittsburgh Property Maintenance LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547529 | *+ | Pittsburgh Property Maintenance, LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547526 | ##+ | Pittsburgh Development Group, LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |

TOTAL: 6 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| Andrew M. Lubin | on behalf of Creditor THE HUNTINGTON NATIONAL BANK nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| Charles N. Shurr, Jr. | on behalf of Plaintiff JTS Capital 3 LLC cshurr@kozloffstoudt.com lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| Charles N. Shurr, Jr. | on behalf of Defendant Pittsburgh Development Group  LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| Charles N. Shurr, Jr. | on behalf of Plaintiff National Loan Investors  L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| Charles N. Shurr, Jr. | on behalf of Creditor National Loan Investors  L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| Christos A. Katsaounis | |

Case 22-22293-CMB    Doc 158    Filed 07/26/24    Entered 07/27/24 00:32:17    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: rsc | Total Noticed: 80 |

    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Donald R. Calaiaro
    on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
    on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jillian Nolan Snider
    on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jonathan R McCloskey
    on behalf of Defendant Pittsburgh Development Group  LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
    on behalf of Plaintiff JTS Capital 3 LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
    on behalf of Plaintiff National Loan Investors  L.P. jmccloskey@mdbbe.com

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor John Deere Financial  F.S.B. kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK ecfmail@mwc-law.com  mcohen@mwc-law.com

Mark A. Lindsay
    on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@whitefordlaw.com
cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Michael M. Monsour
    on behalf of Defendant Pittsburgh Development Group  LLC mmonsour@kozloffstoudt.com

Michael M. Monsour
    on behalf of Plaintiff National Loan Investors  L.P. mmonsour@kozloffstoudt.com

Michael M. Monsour
    on behalf of Plaintiff JTS Capital 3 LLC mmonsour@kozloffstoudt.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

Sloane B. O'Donnell
    on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

Sloane B. O'Donnell
    on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

District/off: 0315-2 User: auto Page 6 of 6
Date Rcvd: Jul 24, 2024 Form ID: rsc Total Noticed: 80
TOTAL: 32