IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Gabriel S. Fontana | : | Bankruptcy No.  22-22293-CMB |
| | : | |
| Debtor | : | |
| | : | Chapter 7 |
| Gabriel S. Fontana | : | |
| Movant | : | |
| | : | Related to Document No. # |
| v. | : | |
| | : | |
| Huntington National Bank and | : | |
| Marisa Myers Cohen, Esquire | : | |
| Respondents | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Donald R. Calaiaro, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:     **BY:  /s/ Donald R. Calaiaro**
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

Huntington National Bank
5555 Cleveland Ave.
Columbus, OH 43231

Marisa Myers Cohen, Esquire
McCabe, Weisberg & Conway, PC
Collingswood, NJ 08108