**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GABRIEL S. FONTANA D/B/A FONTANA CONSULTING, | Case No. 22-22293-CMB |
| Debtors. | Chapter 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears on behalf of The Huntington National Bank, secured creditor and party-in-interest in the above-captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address below-stated.

PLEASE TAKE FURTHER NOTICE that a demand is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address set forth below.

Dated: August 15, 2024

**McCABE WEISBERG & CONWAY, PC**

By: /s/ Barbara A. Fein
    Barbara A. Fein, Esquire
    PA Attorney ID No. 53002
    216 Haddon Avenue, Suite 201
    Westmont, NJ 08108
    Tel (856) 833-4802
    BFein@mwc-law.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GABRIEL S. FONTANA D/B/A FONTANA CONSULTING,<br><br>　　　　　　　　　　　　　Debtors. | Case No. 22-22293-CMB<br><br>Chapter 7 |

**CERTIFICATION OF SERVICE OF NOTICE OF APPEARANCE
AND REQUEST OF SERVICE FOR SERVICE OF PAPERS**

I, Barbara A. Fein, attorney for The Huntington National Bank, hereby certify that I served a true and correct copy of the foregoing Notice of Appearance and Request of Service for Service of Papers, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

TO:　dcalaiaro@c-vlaw.com
　　　Donald R. Calairo, Esquire
　　　apratt@c-vlaw.com
　　　Andrew Kevin Pratt, Esquire
　　　Calairo Velencik
　　　938 Penn Avenue, Suite 501
　　　Pittsburgh, PA 15222

　　　crawfordmcdonald@aol.com
　　　PA68@ecfcbis.com
　　　Rosemary Crawford, Chapter 7 Trustee
　　　Crawford McDonald, LLC
　　　P.O. Box 355
　　　Allison Park, PA 15101-0355

　　　Ustpreggon03.pi.ecf@usdoj.gov
　　　Kate.n.bradley@usdoj.gov
　　　Office of the Trustee
　　　(Via Email Only)

Dated: August 15, 2024

　　　　　　　　　　　**McCABE WEISBERG & CONWAY, PC**

　　　　　　　　　　　By: /s/ Barbara A. Fein
　　　　　　　　　　　　　Barbara A. Fein, Esquire
　　　　　　　　　　　　　PA Attorney ID No. 53002
　　　　　　　　　　　　　216 Haddon Avenue, Suite 201
　　　　　　　　　　　　　Westmont, NJ 08108
　　　　　　　　　　　　　Tel (856) 833-4802
　　　　　　　　　　　　　BFein@mwc-law.com