## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | ) **Bankruptcy No.** 22-22293-CMB |
| Gabriel S. Fontana, | ) |
| **Debtor,** | ) **Chapter** 7 |
| Gabriel S. Fontana, | ) |
| **Movant,** | ) Related to Doc. 165-162 |
| **v.** | ) |
| Rosemary C. Crawford, Chapter 7 Trustee., | ) |
| **Respondent.** | ) |

### CERTIFICATE OF SERVICE OF Text Order And Amended Schedule B, D, H and Statement of Financial Affairs

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 15, 2024.

**First Class Mail**

Huntington National Bank, 5555 Cleveland Ave., Columbus, OH 43231
Marisa Myers Cohen, Esquire, McCabe, Weisberg & Conway, PC, Collingswood, NJ 08108

**NEF**

Rosemary C. Crawford; crawfordmcdonald@aol.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Dated:** August 15, 2024

**BY: /s/ Donald R. Calaiaro**
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**