# PROCEEDING MEMO

**Date:  08/15/2024 01:30 pm**

**In re:**   Gabriel S. Fontana

Bankruptcy No.  22-22293-CMB
Chapter:  7
Doc. #152

**Appearances:**  Barbara Fein, Donald R. Calaiaro

**Nature of Proceeding:**  #152 Motion for Extension of Deadline to Oppose Dischargeability

**Additional Pleadings:**  #159 Response by Debtor; #160 Reply by The Huntington National Bank

**Notes:**
(1:46pm)
 - Calaiaro: Debtor deposited insurance proceeds and spent the funds.
 - Fein: Over $60,000 insurance proceeds generated without communication to client.
 - Relief from stay was granted, and Huntington can proceed in state court regarding the vehicle. Insurance proceeds are the issue here.
OUTCOME: Motion granted. Order entered. Extension to 10/15/24. Not likely to consider further extensions.

HOUSEKEEPING MATTER: Amended Schedules were filed. There are some questions raised regarding income and lack of information regarding loss of property. Counsel to review the amendments for accuracy.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
8/16/24 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA