IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-22293 |
| | : | |
| GABRIEL S. FONTANA | : | Related to Doc. No. 172 |
| d/b/a FONATANA CONSULTING, | : | |
| Debtor | : | Chapter 11 |

## ORDER

AND NOW, this 4th day of September, 2024, pursuant to the terms of the Stipulation for Order Extending the Deadline to Object to Discharge and/or the Dischargeability of Debts of the parties endorsed thereon, it is hereby

ORDERED, ADJUDGED, AND DECREED that the deadline for National Loan Investors, L.P., assignee of JTS Capital 3 LLC, to object to discharge and/or the dischargeability of debts is extended to December 1, 2024. This Order shall not prejudice the parties' rights to seek any additional extensions of the Dischargeability Deadline.

BY THE COURT:

FILED
9/4/24 9:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22293-CMB |
| Gabriel S. Fontana | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gabriel S. Fontana, 320 Fort Duquesne Blvd., Suite 275, Pittsburgh, PA 15222-1144 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | |
| | on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| Andrew M. Lubin | |
| | on behalf of Creditor THE HUNTINGTON NATIONAL BANK nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| Barbara A Fein | |
| | on behalf of Creditor THE HUNTINGTON NATIONAL BANK ecfmail@mwc-law.com  mhanford@sanddlawyers.com |
| Charles N. Shurr, Jr. | |
| | on behalf of Plaintiff JTS Capital 3 LLC cshurr@kozloffstoudt.com lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| Charles N. Shurr, Jr. | |
| | on behalf of Plaintiff National Loan Investors  L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |

Case 22-22293-CMB   Doc 174   Filed 09/06/24   Entered 09/07/24 00:30:21   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Charles N. Shurr, Jr.
    on behalf of Defendant Pittsburgh Development Group LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com

Charles N. Shurr, Jr.
    on behalf of Creditor National Loan Investors L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com

Christos A. Katsaounis
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Donald R. Calaiaro
    on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
    on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com

Jillian Nolan Snider
    on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com

Jonathan R McCloskey
    on behalf of Plaintiff JTS Capital 3 LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
    on behalf of Plaintiff National Loan Investors L.P. jmccloskey@mdbbe.com

Jonathan R McCloskey
    on behalf of Defendant Pittsburgh Development Group LLC jmccloskey@mdbbe.com

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor John Deere Financial F.S.B. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marisa Myers Cohen
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK ecfmail@mwc-law.com mcohen@mwc-law.com

Mark A. Lindsay
    on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@raineslaw.com cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Michael M. Monsour
    on behalf of Defendant Pittsburgh Development Group LLC mmonsour@kozloffstoudt.com

Michael M. Monsour
    on behalf of Plaintiff National Loan Investors L.P. mmonsour@kozloffstoudt.com

Michael M. Monsour
    on behalf of Plaintiff JTS Capital 3 LLC mmonsour@kozloffstoudt.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

District/off: 0315-2         User: auto         Page 3 of 3
Date Rcvd: Sep 04, 2024      Form ID: pdf900    Total Noticed: 1

Rosemary C. Crawford
                on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Sloane B. O'Donnell
                on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com

Sloane B. O'Donnell
                on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com

TOTAL: 33