IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-22293 |
| | : | |
| GABRIEL S. FONTANA | : | Relate to Doc. No. 181 |
| d/b/a FONATANA CONSULTING, | : | |
| Debtor | : | Chapter 7 |

## ORDER

AND NOW, this  26th  day of  November , 2024, pursuant to the terms of the Stipulation for Order Extending the Deadline to Object to Discharge and/or the Dischargeability of Debts of the parties endorsed thereon, it is hereby

ORDERED, ADJUDGED, AND DECREED that the deadline for National Loan Investors, L.P., assignee of JTS Capital 3 LLC, to object to discharge and/or the dischargeability of debts is extended to February 1, 2025. This Order shall not prejudice the parties' rights to seek any additional extensions of the Dischargeability Deadline.

BY THE COURT:

Carlotta M. Bohm
United States Bankruptcy Judge

FILED
11/26/24 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22293-CMB |
| Gabriel S. Fontana | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gabriel S. Fontana, 320 Fort Duquesne Blvd., Suite 275, Pittsburgh, PA 15222-1144 |
| cr | + | National Loan Investors, L.P., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024             Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;amoody@c-vlaw.com |
| Andrew M. Lubin | on behalf of Creditor THE HUNTINGTON NATIONAL BANK nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| Barbara A Fein | on behalf of Creditor THE HUNTINGTON NATIONAL BANK bfein@mwc-law.com mhanford@sanddlawyers.com |
| Barbara A Fein | on behalf of Plaintiff THE HUNTINGTON NATIONAL BANK bfein@mwc-law.com mhanford@sanddlawyers.com |
| Charles N. Shurr, Jr. | on behalf of Plaintiff JTS Capital 3 LLC cshurr@kozloffstoudt.com |

Case 22-22293-CMB    Doc 183    Filed 11/28/24    Entered 11/29/24 00:36:12    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 2 |

lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com

Charles N. Shurr, Jr.
on behalf of Defendant Pittsburgh Development Group LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com

Charles N. Shurr, Jr.
on behalf of Plaintiff National Loan Investors L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com

Charles N. Shurr, Jr.
on behalf of Creditor National Loan Investors L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com

Christos A. Katsaounis
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

David W. Raphael
on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com

Donald R. Calaiaro
on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Donald R. Calaiaro
on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Gary W. Darr
on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com

Jillian Nolan Snider
on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com

Jonathan R McCloskey
on behalf of Defendant Pittsburgh Development Group LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
on behalf of Creditor National Loan Investors L.P. jmccloskey@mdbbe.com

Jonathan R McCloskey
on behalf of Plaintiff JTS Capital 3 LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
on behalf of Plaintiff National Loan Investors L.P. jmccloskey@mdbbe.com

Kate Bradley
on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Keri P. Ebeck
on behalf of Creditor John Deere Financial F.S.B. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marisa Myers Cohen
on behalf of Creditor THE HUNTINGTON NATIONAL BANK ecfmail@mwc-law.com mcohen@mwc-law.com

Mark A. Lindsay
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@raineslaw.com

Michael M. Monsour
on behalf of Defendant Pittsburgh Development Group LLC mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com

Michael M. Monsour

District/off: 0315-2 | User: auto | Page 3 of 3

Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 2

Michael M. Monsour
   on behalf of Plaintiff National Loan Investors  L.P. mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com

   on behalf of Plaintiff JTS Capital 3 LLC mmonsour@kozloffstoudt.com  gtooth@kozloffstoudt.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
   on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
   crawfordmcdonald@aol.com  PA68@ecfcbis.com

Sloane B. O'Donnell
   on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

Sloane B. O'Donnell
   on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

TOTAL: 35