2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 22-22293-CMB
Chapter 7

In re: Debtor(s) (including Name and Address)

Gabriel S. Fontana
320 Fort Duquesne Blvd.
Suite 275
Pittsburgh PA 15222

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/04/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148 | Amos Financial LLC<br>3330 Skokie Valley Road, Suite 301<br>Highland Park, IL 60035 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/06/25

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22293-CMB |
| Gabriel S. Fontana | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 04, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15552918 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 04 2025 23:52:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Andrew M. Lubin | on behalf of Creditor THE HUNTINGTON NATIONAL BANK nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| Barbara A Fein | on behalf of Creditor THE HUNTINGTON NATIONAL BANK bfein@mwc-law.com  mhanford@sanddlawyers.com |
| Barbara A Fein | on behalf of Plaintiff THE HUNTINGTON NATIONAL BANK bfein@mwc-law.com  mhanford@sanddlawyers.com |

Case 22-22293-CMB   Doc 188   Filed 02/06/25   Entered 02/07/25 00:29:48   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| Charles N. Shurr, Jr. | on behalf of Plaintiff JTS Capital 3 LLC cshurr@kozloffstoudt.com lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| Charles N. Shurr, Jr. | on behalf of Defendant Pittsburgh Development Group  LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| Charles N. Shurr, Jr. | on behalf of Plaintiff National Loan Investors  L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| Charles N. Shurr, Jr. | on behalf of Creditor National Loan Investors  L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Donald R. Calaiaro | on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Jillian Nolan Snider | on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com |
| Jillian Nolan Snider | on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com |
| Jonathan R McCloskey | on behalf of Creditor National Loan Investors  L.P. jmccloskey@mdbbe.com |
| Jonathan R McCloskey | on behalf of Plaintiff JTS Capital 3 LLC jmccloskey@mdbbe.com |
| Jonathan R McCloskey | on behalf of Plaintiff National Loan Investors  L.P. jmccloskey@mdbbe.com |
| Jonathan R McCloskey | on behalf of Defendant Pittsburgh Development Group  LLC jmccloskey@mdbbe.com |
| Kate Bradley | on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor John Deere Financial  F.S.B. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor THE HUNTINGTON NATIONAL BANK ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Mark A. Lindsay | on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@raineslaw.com |
| Michael M. Monsour | on behalf of Defendant Pittsburgh Development Group  LLC mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 04, 2025 | Form ID: trc | Total Noticed: 1 |

Michael M. Monsour
    on behalf of Plaintiff National Loan Investors L.P. mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com

Michael M. Monsour
    on behalf of Plaintiff JTS Capital 3 LLC mmonsour@kozloffstoudt.com gtooth@kozloffstoudt.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

Sloane B. O'Donnell
    on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com

Sloane B. O'Donnell
    on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com

TOTAL: 35