UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| IN RE:<br><br>GABRIEL S. FONTANA<br>d/b/a FONATANA CONSULTING<br><br>Debtor(s)<br><br>AMOS FINANCIAL LLC<br><br>Movant<br><br>ROSEMARY C. CRAWFORD<br>Respondent(s) | Case No.  22-22293 CMB<br><br>Chapter 7<br><br>Hearing Date: June 26, 2025<br>Time: 3:00pm<br><br><br><br>Related to Dkt No(s): 191 |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF AMOS FINANCIAL LLC FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **June 19, 2025**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at *www.pawb.uscourts.gov*. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **June 26, 2025 at 3:00pm** before Judge Carlota M Bohm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: May 23, 2025

*/s/ Tammy L. Terrell Benoza*
Attorney for Movant/Applicant
Tammy L. Terrell Benoza, Esq.
Fein, Such, Kahn & Shepard, P.C.
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
973-538-4700
PA Bar Number: 20271989
Email: bankruptcy@fskslaw.com