# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Gabriel S. Fontana,　　　　　　　　　　　　　　　Case No. 22-22293-CMB

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

　　Debtor.

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

　　Please enter the appearance of Jodi Hause on behalf of the United States Trustee in the above captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　ANDREW R. VARA
　　　　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE
　　　　　　　　　　　　　　　　　　　Regions 3 and 9

　　　　　　　　　　　By:　　/s/ *Jodi L. Hause*
　　　　　　　　　　　　　　　Jodi L. Hause, Trial Attorney
　　　　　　　　　　　　　　　Pennsylvania ID 90625
　　　　　　　　　　　　　　　William S. Moorhead Federal Building
　　　　　　　　　　　　　　　1000 Liberty Avenue, Suite 1316
　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15222
　　　　　　　　　　　　　　　(412) 644-4756 Telephone
　　　　　　　　　　　　　　　Jodi.Hause@usdoj.gov