Form 319

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gabriel S. Fontana** | : | Case No. 22–22293–CMB |
| **dba Fonatana Consulting** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | |
| | : | |

## ORDER

        In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)(4)(A)* requires an individual Debtor to file a ***Certificate of Completion*** evidencing completion of a personal financial management course, or alternatively, a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code*. 11 U.S.C. §727(a)(11) requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

        In this case, the Debtor(s) failed to timely file a ***Certificate of Completion of Postpetition Instructional Course Concerning Personal Financial Management***, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

        ***AND NOW***, this **The 12th of August, 2025**, it is hereby **ORDERED, ADJUDGED and DECREED** that at the appropriate time, the case shall be closed without an entry of a discharge order.

Dated: August 12, 2025

cm: Debtor

*(signature)*
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22293-CMB |
| Gabriel S. Fontana | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Aug 12, 2025 | Form ID: 319 | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gabriel S. Fontana, 320 Fort Duquesne Blvd., Suite 275, Pittsburgh, PA 15222-1144 |
| 15547489 | + | Apple/Barclay, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15699803 | + | Boardwalk Regency Corporation dba Caesar Atlantic, c/o McDonald Carano LLP, Ryan J. Works, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395 |
| 15547492 | | Bose, The Mountain, Framingham, MA 01701 |
| 15547513 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, P.O. Box 182676, Columbus, OH 43218 |
| 15547493 | + | Carl Stone, 415 Smithfield Street, Pittsburgh, PA 15222-2245 |
| 15547494 | + | Ceasers/Harrahs/Atlantic City, 2100 Pacific Ave., Atlantic City, NJ 08401-6612 |
| 15547499 | + | Dan Asti and Jennifer Asti, c/o John McClosky, Esquire, US Steel Tower, Suite 4850, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 15547502 | | First Commonwealth LOC, 600 Philadelphia St., Alverda, PA 15710 |
| 15547508 | + | Goldberg, Kamin & Garvin, LLP, 1806 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 15547510 | + | Gunton Corporation, 230 Thorn Hill Road, Warrendale, PA 15086-5501 |
| 15699804 | + | Harrah's Atlantic City Operating Company, LLC, c/o McDonald Carano LLP, Ryan J. Works, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395 |
| 15715068 | #+ | Highway Equipment Company, 22035 Perry Highway, Zelienople, PA 16063-8707 |
| 15587985 | + | Highway Equipment Company, Hynum Law, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 15547511 | #+ | Higway Equipment Company, 22035 Perry Hwy, Zelienople, PA 16063-8707 |
| 15547512 | + | Holdings Acquisition Compny L.P., 777 Casino Drive, Pittsburgh, PA 15212-5840 |
| 15547517 | + | JTS Capital 3 LLC, c/o Jillian Nolan Snider, Esquire, Frost Brown Todd LLC, Union Trust Buildi, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| 15547516 | + | Jordan S. Blask, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 16080658 | | Marisa Myers Cohen, Esquire, McCabe, Weisberg & Conway, PC, Collingswood, NJ 08108 |
| 15587770 | + | Meadows Casino & Racetrack, 210 Racetrack Road, Washington, PA 15301-8966 |
| 15547519 | + | Michael A. Hynum, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 15705163 | + | National Loan Investors, L.P., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 15547521 | + | Nieman Marcus, 1618 Main St, Dallas, TX 75201-4748 |
| 15547524 | + | Peloton, 1000 Ross Park Mall Dr., Suite A05, Pittsburgh, PA 15237-3869 |
| 15547525 | + | Phillip Scott, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547527 | + | Pittsburgh Property Maintenance, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547530 | | Polaris/Sheffield Finance, 150 Dallas Stratford Road, Winston Salem, NC 27104 |
| 15547531 | + | Pool City, 4700 McKnight Road, Pittsburgh, PA 15237-3473 |
| 15547533 | + | Raymond P. Wendolowski, Jr., Bernstein & Burkley, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15547534 | | Restoration Hardware, 15 Touch Road, Corte Madera, CA 94925 |
| 15547536 | + | Rivers Casino, 777 Casino Drive, Pittsburgh, PA 15212-5840 |
| 15547538 | + | TRD John Deere Financial, 8402 Excelsior Drive, Madison, WI 53717-1909 |
| 15547539 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15547541 | + | Wf/tempur-pedic, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |
| 15547542 | + | Wholesale Builders, 200 1st AVe., Carnegie, PA 15106-2502 |

TOTAL: 35

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 319 | Total Noticed: 81 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Aug 13 2025 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 00:30:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Aug 13 2025 00:16:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15547486 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 00:33:04 | 84 Lumber Company L.P., P.O. Box 365, Eighty Four, PA 15330-0365 |
| 15547487 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 13 2025 00:31:54 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15706832 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 00:44:19 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15547488 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 13 2025 00:15:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 16490954 | + | Email/Text: bk@amosfinancial.com | Aug 13 2025 00:17:00 | Amos Financial LLC, 3330 Skokie Valley Road, Suite 301, Highland Park, IL 60035-1044 |
| 15547490 | | Email/Text: bankruptcy@bbandt.com | Aug 13 2025 00:16:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 15547491 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 00:44:46 | Best Buy Credit Services, P.O.Box 183195, Columbus, OH 43218-3195 |
| 15547497 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 00:45:22 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15547496 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 00:32:04 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15547495 | + | Email/Text: bknotice@raslavrar.com | Aug 13 2025 00:16:00 | Citibank, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15547498 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 00:30:51 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15587603 | | Email/Text: litbkcourtmail@johndeere.com | Aug 13 2025 00:15:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 15547500 | + | Email/Text: mrdiscen@discover.com | Aug 13 2025 00:15:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15547501 | + | Email/Text: SAABankruptcy@fcbanking.com | Aug 13 2025 00:16:00 | First Commonwealth Bank, Attn: Legal Department, 600 Philadelphia St, Indiana, PA 15701-3904 |
| 15557007 | ^ | MEBN | Aug 13 2025 00:08:01 | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15547504 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 13 2025 00:16:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15547503 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 13 2025 00:16:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15547506 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 13 2025 00:16:00 | First National Bank of PA, 1 FNB Blvd., Hermitage, PA 16148-3363 |
| 15552918 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 13 2025 00:16:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 319 | Total Noticed: 81 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15547507 | + | Email/Text: EBNBKNOT@ford.com | Aug 13 2025 00:17:00 | Ford Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15547509 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 13 2025 00:16:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15547514 | + | Email/Text: bankruptcy@huntington.com | Aug 13 2025 00:17:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 16080657 | + | Email/Text: bankruptcy@huntington.com | Aug 13 2025 00:17:00 | Huntington National Bank, 5555 Cleveland Ave., Columbus, OH 43231-4106 |
| 15547515 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2025 00:16:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15564488 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 00:33:13 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15547518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 00:31:27 | Lowes, P,O, Box 530914, Atlanta, GA 30353-0914 |
| 15554197 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2025 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15547520 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2025 00:17:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15547522 | + | Email/Text: bnc@nordstrom.com | Aug 13 2025 00:16:19 | Nordstrom, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 15547523 | + | Email/Text: bnc@nordstrom.com | Aug 13 2025 00:16:37 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15566196 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2025 00:17:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15547532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 00:30:42 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15556984 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 00:32:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15564154 | + | Email/Text: ebnpwsa@grblaw.com | Aug 13 2025 00:16:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Pl, St. 3110, Pittsburgh, PA 15219-1753 |
| 15547535 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 00:32:03 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15551256 | | Email/Text: bankruptcy@bbandt.com | Aug 13 2025 00:17:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15588169 | | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2025 00:30:48 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15547634 | ^ | MEBN | Aug 13 2025 00:07:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15560524 | + | Email/Text: bankruptcy@huntington.com | Aug 13 2025 00:17:00 | The Huntington National Bank, PO Box 89424, OPC 856, Cleveland, OH 44101-6424 |
| 15564604 | | Email/Text: BNCnotices@dcmservices.com | Aug 13 2025 00:16:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15564603 | | Email/Text: BNCnotices@dcmservices.com | Aug 13 2025 00:16:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15554222 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 13 2025 00:56:51 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15547540 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 13 2025 00:56:20 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA |

Case 22-22293-CMB   Doc 201   Filed 08/14/25   Entered 08/15/25 00:32:04   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 319 | Total Noticed: 81 |

50306-0438

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | JTS Capital 3 LLC |
| cr | | John Deere Financial, F.S.B. |
| cr | | Penn Entertainment / Meadows Casino and Racetrack |
| cr | | THE HUNTINGTON NATIONAL BANK |
| 15547537 | | Sleep Number, 1001 3rd Ave. South, Minneapolis |
| cr | *+ | Amos Financial LLC, 3330 Skokie Valley Road Suite 301, Highland Park, IL 60035-1044 |
| cr | *+ | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | National Loan Investors, L.P., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 15547505 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15547528 | *+ | Pittsburgh Property Maintenance LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547529 | *+ | Pittsburgh Property Maintenance, LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547526 | ##+ | Pittsburgh Development Group, LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |

TOTAL: 6 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2025   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Andrew M. Lubin | on behalf of Creditor THE HUNTINGTON NATIONAL BANK nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| Barbara A Fein | on behalf of Creditor THE HUNTINGTON NATIONAL BANK bafster@aol.com mhanford@sanddlawyers.com |
| Barbara A Fein | on behalf of Plaintiff THE HUNTINGTON NATIONAL BANK bafster@aol.com mhanford@sanddlawyers.com |
| Charles N. Shurr, Jr. | on behalf of Creditor National Loan Investors L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com |

Case 22-22293-CMB   Doc 201   Filed 08/14/25   Entered 08/15/25 00:32:04   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 319 | Total Noticed: 81 |

| | |
|---|---|
| Charles N. Shurr, Jr. | on behalf of Plaintiff JTS Capital 3 LLC cshurr@kozloffstoudt.com lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com |
| Charles N. Shurr, Jr. | on behalf of Defendant Pittsburgh Development Group LLC cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com |
| Charles N. Shurr, Jr. | on behalf of Plaintiff National Loan Investors L.P. cshurr@kozloffstoudt.com, lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com |
| Christos A. Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Donald R. Calaiaro | on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com |
| Jillian Nolan Snider | on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com |
| Jillian Nolan Snider | on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com |
| Jonathan R McCloskey | on behalf of Plaintiff National Loan Investors L.P. jmccloskey@mdbbe.com |
| Jonathan R McCloskey | on behalf of Defendant Pittsburgh Development Group LLC jmccloskey@mdbbe.com |
| Jonathan R McCloskey | on behalf of Creditor National Loan Investors L.P. jmccloskey@mdbbe.com |
| Jonathan R McCloskey | on behalf of Plaintiff JTS Capital 3 LLC jmccloskey@mdbbe.com |
| Keri P. Ebeck | on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor John Deere Financial F.S.B. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor THE HUNTINGTON NATIONAL BANK ecfmail@mwc-law.com  mcohen@mwc-law.com |
| Mark A. Lindsay | on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@raineslaw.com |
| Michael M. Monsour | on behalf of Defendant Pittsburgh Development Group LLC mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com |
| Michael M. Monsour | on behalf of Plaintiff National Loan Investors L.P. mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com |
| Michael M. Monsour | on behalf of Plaintiff JTS Capital 3 LLC mmonsour@kozloffstoudt.com  gtooth@kozloffstoudt.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 6 of 6 |
| Date Rcvd: Aug 12, 2025 | Form ID: 319 | Total Noticed: 81 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

Sloane B. O'Donnell
    on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com

Sloane B. O'Donnell
    on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com

Tammy Benoza
    on behalf of Creditor Amos Financial LLC bankruptcy@fskslaw.com

TOTAL: 35