Certificate Number: 05781-PAW-DE-040003561

Bankruptcy Case Number: 22-22293



05781-PAW-DE-040003561

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 20, 2025</u>, at <u>10:51</u> o'clock <u>PM PDT</u>, <u>Gabriel Fontana</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 20, 2025</u>             By:     <u>/s/Allison M Geving</u>

                                         Name:   <u>Allison M Geving</u>

                                         Title:  <u>President</u>