Certificate Number: 05781-PAW-DE-040003561

Bankruptcy Case Number: 22-22293



05781-PAW-DE-040003561

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2025, at 10:51 o'clock PM PDT, Gabriel Fontana completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 20, 2025                          By:    /s/Allison M Geving

                                                 Name:  Allison M Geving

                                                 Title: President