IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-22293-CMB |
|    Gabriel S. Fontana | : | Chapter 7 |
|        Debtor | : | |
| | : | |
| Gabriel S. Fontana | : | |
| | : | Document No. |
|        Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| | : | |
|        No Respondent | : | |

<u>NOTICE OF CHANGE OF ADDRESS</u>

Undeliverable Address:

   Creditor Name:  Phillip Scott

   Incorrect Address: 3160 Leechburg Road, Pittsburgh, PA 15239


Corrected Address:

   Creditor Name: Phillip Scott

   Correct Address: 207 Washington Road, Pittsburgh, PA 15221


Dated October 14, 2025                      <u>/s/ Donald R. Calaiaro, Esquire</u>

                                                        Donald R. Calaiaro, Esquire
                                                        Calaiaro Valenciik
                                                        555 Grant Street, Suite, 300
                                                        Pittsburgh, PA 15219
                                                        412-232-0930
                                                        PA I.D. #27538