## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**GABRIEL S. FONTANA,**                    Case No. 22-22293-CMB

  Debtor.                                  Chapter 7

                                           Related to Doc. No. 206

### ORDER

    **AND NOW,** this __16th__ day of **October, 2025,** upon consideration of *Debtor's Motion to Reopen Bankruptcy Case to Obtain Discharge pursuant to 11 U.S.C. § 727,* it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Debtor's bankruptcy case filed at Case No. 22-22293-CMB is reopened under 11 U.S.C. § 350(b).

    It is **FURTHER ORDERED** that the Debtor shall file a motion to (1) vacate the Order at Doc. No. 200 which closed the case without a discharge and (2) extend time to file the financial management course certificate explaining why the reason for delay constitutes excusable neglect. Failure to do so on or before November 7, 2025, will result in re-closing of this case without a discharge.

Carlota M. Böhm                    **dmr**
Carlota M. Böhm
United States Bankruptcy Judge

FILED
10/16/25 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-22293-CMB

Gabriel S. Fontana                                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gabriel S. Fontana, 320 Fort Duquesne Blvd., Suite 275, Pittsburgh, PA 15222-1144 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | |
| | on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Andrew M. Lubin | |
| | on behalf of Creditor THE HUNTINGTON NATIONAL BANK nj-ecfmail@mwc-law.com  bkecf@milsteadlaw.com |
| Barbara A Fein | |
| | on behalf of Creditor THE HUNTINGTON NATIONAL BANK bafster@aol.com  mhanford@sanddlawyers.com |
| Barbara A Fein | |
| | on behalf of Plaintiff THE HUNTINGTON NATIONAL BANK bafster@aol.com  mhanford@sanddlawyers.com |
| Charles N. Shurr, Jr. | |
| | on behalf of Plaintiff JTS Capital 3 LLC cshurr@kozloffstoudt.com lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com |

Charles N. Shurr, Jr.
on behalf of Defendant Pittsburgh Development Group  LLC cshurr@kozloffstoudt.com,
lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com

Charles N. Shurr, Jr.
on behalf of Plaintiff National Loan Investors  L.P. cshurr@kozloffstoudt.com,
lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com

Charles N. Shurr, Jr.
on behalf of Creditor National Loan Investors  L.P. cshurr@kozloffstoudt.com,
lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com

Christos A. Katsaounis
on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us,
RA-occbankruptcy6@state.pa.us

Daniel R. White
on behalf of Debtor Gabriel S. Fontana r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

David W. Raphael
on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com

Donald R. Calaiaro
on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Gary W. Darr
on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jillian Nolan Snider
on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com  rmccartney@fbtlaw.com

Jonathan R McCloskey
on behalf of Defendant Pittsburgh Development Group  LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
on behalf of Creditor National Loan Investors  L.P. jmccloskey@mdbbe.com

Jonathan R McCloskey
on behalf of Plaintiff JTS Capital 3 LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
on behalf of Plaintiff National Loan Investors  L.P. jmccloskey@mdbbe.com

Keri P. Ebeck
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor John Deere Financial  F.S.B. kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marisa Myers Cohen
on behalf of Creditor THE HUNTINGTON NATIONAL BANK ecfmail@mwc-law.com  mcohen@mwc-law.com

Mark A. Lindsay
on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@raineslaw.com

Michael M. Monsour
on behalf of Defendant Pittsburgh Development Group  LLC mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com

Michael M. Monsour
on behalf of Plaintiff National Loan Investors  L.P. mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Oct 16, 2025                      Form ID: pdf900                            Total Noticed: 1

Michael M. Monsour
            on behalf of Plaintiff JTS Capital 3 LLC mmonsour@kozloffstoudt.com  gtooth@kozloffstoudt.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
            on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
            crawfordmcdonald@aol.com  PA68@ecfcbis.com

Sloane B. O'Donnell
            on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

Sloane B. O'Donnell
            on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com  rmccartney@fbtlaw.com

Tammy Benoza
            on behalf of Creditor Amos Financial LLC bankruptcy@fskslaw.com


TOTAL: 36