**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No**. 22-22293-CMB |
| Gabriel S. Fontana, | ) |
|     **Debtor,** | ) **Chapter** 7 |
| | ) |
| Gabriel S. Fontana, | ) **Related Document No.** 214-213 |
|     **Movant,** | ) **Hearing Date:** 11/18/25 @ 1:30 p.m. |
|     vs. | ) **Response Due:** 11/06/25 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING Motion to Vacate the
Order Denying Debtor's Discharge and Extend Time to
File Financial Management Course**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Vacate the Order Denying Debtor's Discharge and Extend Time to File Financial Management Course** filed on **October 20, 2025**, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Vacate the Order Denying Debtor's Discharge and Extend Time to File Financial Management Course** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Vacate the Order Denying Debtor's Discharge and Extend Time to File Financial Management Course** were to be filed and served no later than November 6, 2025.

It is hereby respectfully requested that the Order attached to **the Motion to Vacate the Order Denying Debtor's Discharge and Extend Time to File Financial Management Course** be entered by the Court.

**DATE:** November 17, 2025        **CALAIARO VALENCIK**

        **BY:** /s/ Donald R. Calaiaro
        **Donald R. Calaiaro, Esq.  PA I.D. No. 27538**

        **555 Grant Street, Suite 300**
        **Pittsburgh, PA  15219**
        **Phone:    (412) 232-0930**
        **Fax:    (412) 232-3858**
        **Email:    dcalaiaro@c-vlaw.com**

PAWB Local Form 25 (07/13)