**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gabriel S. Fontana<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6729<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–22293–CMB

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

> Gabriel S. Fontana
> dba Fonatana Consulting

11/18/25                                      **By the court:**   Carlota M Bohm
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gabriel S. Fontana  
    Debtor

Case No. 22-22293-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 6  
Date Rcvd: Nov 18, 2025      Form ID: 318      Total Noticed: 84

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gabriel S. Fontana, 320 Fort Duquesne Blvd., Suite 275, Pittsburgh, PA 15222-1144 |
| 15547489 | + | Apple/Barclay, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15699803 | + | Boardwalk Regency Corporation dba Caesar Atlantic, c/o McDonald Carano LLP, Ryan J. Works, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395 |
| 15547492 | | Bose, The Mountain, Framingham, MA 01701 |
| 15547513 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot, P.O. Box 182676, Columbus, OH 43218 |
| 15547493 | + | Carl Stone, 415 Smithfield Street, Pittsburgh, PA 15222-2245 |
| 15547494 | + | Ceasers/Harrahs/Atlantic City, 2100 Pacific Ave., Atlantic City, NJ 08401-6612 |
| 15547499 | + | Dan Asti and Jennifer Asti, c/o John McClosky, Esquire, US Steel Tower, Suite 4850, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| 15547502 | | First Commonwealth LOC, 600 Philadelphia St., Alverda, PA 15710 |
| 15547508 | + | Goldberg, Kamin & Garvin, LLP, 1806 Frick Building, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 15547510 | + | Gunton Corporation, 230 Thorn Hill Road, Warrendale, PA 15086-5501 |
| 15699804 | + | Harrah's Atlantic City Operating Company, LLC, c/o McDonald Carano LLP, Ryan J. Works, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395 |
| 15715068 | #+ | Highway Equipment Company, 22035 Perry Highway, Zelienople, PA 16063-8707 |
| 15587985 | + | Highway Equipment Company, Hynum Law, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 15547511 | #+ | Higway Equipment Company, 22035 Perry Hwy, Zelienople, PA 16063-8707 |
| 15547512 | + | Holdings Acquisition Compny L.P., 777 Casino Drive, Pittsburgh, PA 15212-5840 |
| 15547517 | + | JTS Capital 3 LLC, c/o Jillian Nolan Snider, Esquire, Frost Brown Todd LLC, Union Trust Buildi, 501 Grant Street, Suite 800, Pittsburgh, PA 15219-4438 |
| 15547516 | + | Jordan S. Blask, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 16080658 | | Marisa Myers Cohen, Esquire, McCabe, Weisberg & Conway, PC, Collingswood, NJ 08108 |
| 15587770 | + | Meadows Casino & Racetrack, 210 Racetrack Road, Washington, PA 15301-8966 |
| 15547519 | + | Michael A. Hynum, P.O. Box 5620, Harrisburg, PA 17110-0620 |
| 15705163 | + | National Loan Investors, L.P., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 15547521 | + | Nieman Marcus, 1618 Main St, Dallas, TX 75201-4748 |
| 15547524 | + | Peloton, 1000 Ross Park Mall Dr., Suite A05, Pittsburgh, PA 15237-3869 |
| 15547525 | + | Phillip Scott, 207 Washington Road, Pittsburgh, PA 15221-4447 |
| 15547527 | + | Pittsburgh Property Maintenance, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547530 | | Polaris/Sheffield Finance, 150 Dallas Stratford Road, Winston Salem, NC 27104 |
| 15547531 | + | Pool City, 4700 McKnight Road, Pittsburgh, PA 15237-3473 |
| 15547533 | + | Raymond P. Wendolowski, Jr., Bernstein & Burkley, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15547534 | | Restoration Hardware, 15 Touch Road, Corte Madera, CA 94925 |
| 15547536 | + | Rivers Casino, 777 Casino Drive, Pittsburgh, PA 15212-5840 |
| 15547538 | + | TRD John Deere Financial, 8402 Excelsior Drive, Madison, WI 53717-1909 |
| 15547539 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 15547541 | + | Wf/tempur-pedic, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |
| 15547542 | + | Wholesale Builders, 200 1st AVe., Carnegie, PA 15106-2502 |

TOTAL: 35

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: 318 | Total Noticed: 84 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: BRCCRAWFORD.COM | Nov 19 2025 05:13:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | EDI: PENNDEPTREV | Nov 19 2025 05:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Nov 19 2025 05:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: jdryer@bernsteinlaw.com | Nov 19 2025 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + EDI: PRA.COM | Nov 19 2025 05:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpwsa@grblaw.com | Nov 19 2025 00:16:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15547486 | + EDI: SYNC | Nov 19 2025 05:13:00 | 84 Lumber Company L.P., P.O. Box 365, Eighty Four, PA 15330-0365 |
| 15547487 | + Email/PDF: AffirmBKNotifications@resurgent.com | Nov 19 2025 00:34:23 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15706832 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2025 00:34:24 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15547488 | + EDI: GMACFS.COM | Nov 19 2025 05:13:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 16490954 | + Email/Text: bk@amosfinancial.com | Nov 19 2025 00:17:00 | Amos Financial LLC, 3330 Skokie Valley Road, Suite 301, Highland Park, IL 60035-1044 |
| 15547490 | Email/Text: bankruptcy@bbandt.com | Nov 19 2025 00:17:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 15547491 | EDI: CITICORP | Nov 19 2025 05:13:00 | Best Buy Credit Services, P.O.Box 183195, Columbus, OH 43218-3195 |
| 15547497 | + EDI: CITICORP | Nov 19 2025 05:13:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15547496 | + EDI: CITICORP | Nov 19 2025 05:13:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15547495 | + Email/Text: bknotice@raslavrar.com | Nov 19 2025 00:17:00 | Citibank, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15547498 | + EDI: CITICORP | Nov 19 2025 05:13:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15587603 | Email/Text: litbkcourtmail@johndeere.com | Nov 19 2025 00:16:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 15547500 | + EDI: DISCOVER | Nov 19 2025 05:13:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15547501 | + Email/Text: SAABankruptcy@fcbanking.com | Nov 19 2025 00:17:00 | First Commonwealth Bank, Attn: Legal Department, 600 Philadelphia St, Indiana, PA 15701-3904 |
| 15557007 | ^ MEBN | Nov 19 2025 00:14:08 | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |

Case 22-22293-CMB   Doc 218   Filed 11/20/25   Entered 11/21/25 00:30:57   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: 318 | Total Noticed: 84 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15547504 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 19 2025 00:16:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15547503 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 19 2025 00:16:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15547506 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 19 2025 00:16:00 | First National Bank of PA, 1 FNB Blvd., Hermitage, PA 16148-3363 |
| 15552918 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 19 2025 00:16:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15547507 | + | Email/Text: EBNBKNOT@ford.com | Nov 19 2025 00:17:00 | Ford Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15547509 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 19 2025 00:17:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15547514 | + | Email/Text: bankruptcy@huntington.com | Nov 19 2025 00:17:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 16080657 | + | Email/Text: bankruptcy@huntington.com | Nov 19 2025 00:17:00 | Huntington National Bank, 5555 Cleveland Ave., Columbus, OH 43231-4106 |
| 15547515 | + | EDI: IRS.COM | Nov 19 2025 05:13:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15564488 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2025 00:34:30 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15547518 | + | EDI: SYNC | Nov 19 2025 05:13:00 | Lowes, P,O, Box 530914, Atlanta, GA 30353-0914 |
| 15554197 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2025 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15547520 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2025 00:17:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15547522 | + | Email/Text: bnc@nordstrom.com | Nov 19 2025 00:17:02 | Nordstrom, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 15547523 | + | Email/Text: bnc@nordstrom.com | Nov 19 2025 00:17:41 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15566196 | + | EDI: PENNDEPTREV | Nov 19 2025 05:13:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15547532 | | EDI: PRA.COM | Nov 19 2025 05:13:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15556984 | | EDI: PRA.COM | Nov 19 2025 05:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15564154 | + | Email/Text: ebnpwsa@grblaw.com | Nov 19 2025 00:16:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Pl, St. 3110, Pittsburgh, PA 15219-1753 |
| 15547535 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2025 00:24:10 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15551256 | | Email/Text: bankruptcy@bbandt.com | Nov 19 2025 00:17:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15588169 | | EDI: AIS.COM | Nov 19 2025 05:13:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15547634 | + | EDI: PRA.COM | Nov 19 2025 05:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15560524 | + | Email/Text: bankruptcy@huntington.com | Nov 19 2025 00:17:00 | The Huntington National Bank, PO Box 89424, OPC 856, Cleveland, OH 44101-6424 |

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: 318 | Total Noticed: 84 |

| 15564604 | Email/Text: BNCnotices@dcmservices.com | Nov 19 2025 00:17:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15564603 | Email/Text: BNCnotices@dcmservices.com | Nov 19 2025 00:17:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15554222 | EDI: WFCCSBK | Nov 19 2025 05:13:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15547540 | + EDI: WFCCSBK | Nov 19 2025 05:13:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Commonwealth of Pennsylvania, Department of Revenu |
| cr | | JTS Capital 3 LLC |
| cr | | John Deere Financial, F.S.B. |
| cr | | Penn Entertainment / Meadows Casino and Racetrack |
| cr | | THE HUNTINGTON NATIONAL BANK |
| 15547537 | | Sleep Number, 1001 3rd Ave. South, Minneapolis |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| cr | *+ | Amos Financial LLC, 3330 Skokie Valley Road Suite 301, Highland Park, IL 60035-1044 |
| cr | *+ | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | National Loan Investors, L.P., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 15547505 | *+ | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15547528 | *+ | Pittsburgh Property Maintenance LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547529 | *+ | Pittsburgh Property Maintenance, LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |
| 15547526 | ##+ | Pittsburgh Development Group, LLC, 3160 Leechburg Road, Pittsburgh, PA 15239-1031 |

TOTAL: 6 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2025             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Gabriel S. Fontana apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 6 |
| Date Rcvd: Nov 18, 2025 | Form ID: 318 | Total Noticed: 84 |

Andrew M. Lubin
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com

Barbara A Fein
    on behalf of Plaintiff THE HUNTINGTON NATIONAL BANK bafster@aol.com mhanford@sanddlawyers.com

Barbara A Fein
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK bafster@aol.com mhanford@sanddlawyers.com

Charles N. Shurr, Jr.
    on behalf of Plaintiff National Loan Investors L.P. cshurr@kozloffstoudt.com,
lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com

Charles N. Shurr, Jr.
    on behalf of Creditor National Loan Investors L.P. cshurr@kozloffstoudt.com,
lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com

Charles N. Shurr, Jr.
    on behalf of Plaintiff JTS Capital 3 LLC cshurr@kozloffstoudt.com
lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com

Charles N. Shurr, Jr.
    on behalf of Defendant Pittsburgh Development Group LLC cshurr@kozloffstoudt.com,
lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com;jkrallis@kozloffstoudt.com;amiller@kozloffstoudt.com

Christos A. Katsaounis
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us,
RA-occbankruptcy6@state.pa.us

Daniel R. White
    on behalf of Debtor Gabriel S. Fontana r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Denise Carlon
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK dcarlon@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Debtor Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
    on behalf of 3rd Pty Defendant Gabriel S. Fontana dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com

Jillian Nolan Snider
    on behalf of Creditor JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com

Jillian Nolan Snider
    on behalf of Plaintiff JTS Capital 3 LLC jsnider@fbtlaw.com rmccartney@fbtlaw.com

Jonathan R McCloskey
    on behalf of Plaintiff National Loan Investors L.P. jmccloskey@mdbbe.com

Jonathan R McCloskey
    on behalf of Defendant Pittsburgh Development Group LLC jmccloskey@mdbbe.com

Jonathan R McCloskey
    on behalf of Creditor National Loan Investors L.P. jmccloskey@mdbbe.com

Jonathan R McCloskey
    on behalf of Plaintiff JTS Capital 3 LLC jmccloskey@mdbbe.com

Keri P. Ebeck
    on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor John Deere Financial F.S.B. kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

| | |
|---|---|
| Marisa Myers Cohen | on behalf of Creditor THE HUNTINGTON NATIONAL BANK ecfmail@mwc-law.com mcohen@mwc-law.com |
| Mark A. Lindsay | on behalf of Creditor Penn Entertainment / Meadows Casino and Racetrack mlindsay@raineslaw.com |
| Michael M. Monsour | on behalf of Defendant Pittsburgh Development Group LLC mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com |
| Michael M. Monsour | on behalf of Plaintiff National Loan Investors L.P. mmonsour@kozloffstoudt.com, gtooth@kozloffstoudt.com |
| Michael M. Monsour | on behalf of Plaintiff JTS Capital 3 LLC mmonsour@kozloffstoudt.com gtooth@kozloffstoudt.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Sloane B. O'Donnell | on behalf of Creditor JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com |
| Sloane B. O'Donnell | on behalf of Plaintiff JTS Capital 3 LLC sodonnell@fbtlaw.com rmccartney@fbtlaw.com |
| Tammy Benoza | on behalf of Creditor Amos Financial LLC bankruptcy@fskslaw.com |

TOTAL: 36